UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

JAMES G. HANSEN,

    Plaintiff,

    vs.                                    Case No: 12-CV-00032

FINCANTIERI MARINE GROUP, LLC,
and MARINETTE MARINE CORPORATION,

    Defendants.

---

**APPENDIX TO PLAINTIFF'S BRIEF OPPOSING
DEDENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Declaration of James G. Hansen, February 11, 2013

| | |
|---|---|
| Exhibit A | Deposition Transcript for James G. Hansen's Deposition, November 30, 2012, attached to which are the exhibits used during the deposition. |
| Exhibit B | Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendant Fincantieri Marine Group that I received in discovery. |
| Exhibit C | Defendants' Responses to Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendant Marinette Marine Corporation that I received in discovery. |
| Exhibit D | *Brown v. SBC Communications, Inc.*, No. 04-C-0290, 2005 WL 2076584 (E.D. Wis., Aug. 23, 2005). |
| Exhibit E | *Agbejimi v. Advocate Health & Hospitals Corp.*, No. 08 C 2754, 2009 WL 2589129 (N.D. Ill., Aug. 19, 2009). |