UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

JAMES G. HANSEN,

    Plaintiff,

vs.                                Case No: 12-CV-00032

FINCANTIERI MARINE GROUP, LLC,
and MARINETTE MARINE CORPORATION,

    Defendants.

---

## DECLARATION OF JAMES G. HANSEN

---

Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury:

1. I am the Plaintiff in the above-captioned matter.

2. Attached as Exhibit A is a true and correct copy of the transcript of my deposition taken on November 30, 2012 and Exhibits 1, 5, and 6 from that deposition.

3. Attached as Exhibit B is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendant Fincantieri Marine Group that I received in discovery.

4. Attached as Exhibit C is a true and correct copy of Defendants' Responses to Plaintiff's First Set of Interrogatories, Requests for Admission, and Requests for Production of Documents to Defendant Marinette Marine Corporation that I received in discovery.

                                                    *s/ James G. Hansen*
                                                     James G. Hansen