AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JAMES G. HANSEN,

  Plaintiff,

v.

FINCANTIERI MARINE GROUP, LLC.
and MARINETTE MARINE CORPORATION,

  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 12-C-32

☒  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that all claims of Plaintiff James G. Hansen against Defendants Fincantieri Marine Group, LLC. and Marinette Marine Corporation are dismissed with prejudice.

Approved: s/ William C. Griesbach
     William C. Griesbach, Chief Judge
     United States District Court

Dated: March 4, 2015.

JON W. SANFILIPPO
Clerk of Court

s/ Mary E. Conard
(By) Deputy Clerk